**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VINCENT SAN FILIPPO,

                Plaintiff,                  18 **CIVIL** 10156 (VSB) (KNF)

       -against-                                  **JUDGMENT**

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,
                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated September 1, 2020, the Report is adopted as supplemented herein, and this case is remanded for a new hearing before a properly appointed ALJ; accordingly, the case is closed.

**Dated:**  New York, New York
          September 2, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
                        **BY:**
                                                   **Deputy Clerk**